No. 94–9447. PLESCIA v. UNITED STATES;
No. 95–5053. DEMMA v. UNITED STATES; and
No. 95–5264. GROSSI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–9448. THOMAS v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 94–9450. TONEY v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 94–9452. REICHE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9453. RUPERT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9455. SCOTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9456. RIVERA v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 94–9457. MARRONE, AKA MOOSE, ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9459. CHAMBERS v. UNITED STATES; and
No. 95–5344. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9462. CODARIO v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9464. TERRELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9471. DRAGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.